UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 07-298-JBC

CINDY RAUGH and
MARK RAUGH,                                                                                    PLAINTIFFS,

V.            ORDER GRANTING JOINT MOTION FOR STAY

CHA HMO, INC., et al.,                                                                         DEFENDANTS.

\* \* \* \* \* \* \* \* \* \*

      Pursuant to the Joint Motion for Stay of plaintiffs, Mark and Cindy Raugh, and defendants, CHA Health, et al., **IT IS ORDERED** that the motion is **GRANTED,** and this action is STAYED pending review of Cindy Raugh's claim by the Kentucky Department of Insurance.

      **IT IS FURTHER ORDERED** that the parties shall file a joint status report no later than 90 days after entry of this order.

Signed on  November 15, 2007

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCY